SANDERS, J., is of the opinion that a writ should be granted.

205 So.2d 605

**Alfred M. MONGER**

**v.**

**Mrs. Vida Lee McFARLAIN et al.**

**No. 49005.**

Jan. 18, 1968.

The application is denied. According to the facts of the case, as found to be by the court of appeal, there appears no error of law in the judgment complained of.

SANDERS, J., is of the opinion a writ should be granted.

205 So.2d 605

**Wilfred J. MOREAU**

**v.**

**TRANSPORT INSURANCE COMPANY et al.**

**No. 49013.**

Jan. 18, 1968.

The application is denied. According to the facts of the case as found to be by the Court of Appeal, there is no error of law in the judgment complained of.

SANDERS, SUMMERS and YARRUT, JJ., are of the opinion a writ should be granted.